IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ASHLEY RIFENBERY, et al.,           No. C 13-5463 MMC

    Plaintiffs                          **ORDER OF RECUSAL**

  v.

ORGANON USA, INC., et al.,

    Defendants.

     I, the undersigned Judge of the Court, finding myself disqualified in the above-entitled action, hereby recuse myself from this case and request that the case be reassigned pursuant to the provisions of the Assignment Plan.

     All pending dates of motions, pretrial conferences and trial are hereby vacated and are to be reset by the newly assigned Judge.

     **IT IS SO ORDERED.**

Dated: December 12, 2013

                                                MAXINE M. CHESNEY
                                                United States District Judge